IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **FRED BECK, Individually and on behalf of** the Estate of EASTER BECK, Deceased; et al. | **PLAINTIFFS** |
| VS. | CIVIL NO. 3:03CV60-P-D |
| **KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;** et al. | **DEFENDANTS** |

CONSOLIDATED WITH

| | |
|---|---|
| **HOPE ELLIS, et al.** | **PLAINTIFFS** |
| VS. | CIVIL NO. 3:04CV160-P-D |
| **KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;** et al. | **DEFENDANTS** |

## ORDER

This matter comes before the court upon Plaintiffs' Motion for Injunctive Relief [28-1]. Upon due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

The motion is not-well taken and should be denied. A preliminary injunction is inappropriate and impractical in this case. A trial is necessary to determine the veracity of the matters alleged in the motion. Granting the preliminary injunction would improperly circumvent the need for a trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' Motion for Injunctive Relief [28-1] filed in *Ellis, et al. v. Koppers, Inc., et al.*, Cause Number 3:04CV160 is **DENIED**. This order should be docketed in both *Beck, et al. v. Koppers, Inc. et al.*, Cause Number 3:03CV60

1

and *Ellis, et al. v. Koppers, Inc., et al.*, Cause Number 3:04CV160 .

**SO ORDERED** this the 22nd day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE