IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**HOPE ELLIS, ET AL.,**                                             **PLAINTIFFS,**

**VS.**                                             **CIVIL ACTION NO. 3:04CV160-P-D**

**KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.;**
**ET AL.,**                                                  **DEFENDANTS.**

## ORDER

This matter comes before the court upon Plaintiffs' Motion to Lift Stay [105-1]. Given that the instant case was consolidated with *Beck, et al. v. Koppers Industries, et al.*, Cause Number 3:03CV60, on January 21, 2005, and given that a motion to lift stay was also filed in the *Beck* case, the instant motion should be denied as moot. No further motions should be filed in Cause Number 3:04cv160.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' Motion to Lift Stay [105-1] is **DENIED AS MOOT**.

**SO ORDERED** this the 14th day of June, A.D., 2006.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE