**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| **FRED BECK; ET AL.,** | **PLAINTIFFS,** |
| **VS.** | **CIVIL ACTION NO. 3:03CV60-P-D** |
| **KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.; ET AL.,** | **DEFENDANTS.** |

**CONSOLIDATED WITH**

| | |
|---|---|
| **HOPE ELLIS, ET AL.,** | **PLAINTIFFS,** |
| **VS.** | **CIVIL ACTION NO. 3:04CV160-P-D** |
| **KOPPERS, INC., f/k/a KOPPERS INDUSTRIES, INC.; ET AL.,** | **DEFENDANTS.** |

## ORDER

In accordance with a Memorandum Opinion issued this day in *Ellis et al. v. Koppers, Inc., et al.*, Cause Number 3:04CV160-P-D, consolidated with *Beck, et al. v. Koppers, Inc., et al.*, Cause Number 3:03CV6-P-D, **IT IS ORDERED AND ADJUDGED** that:

(1) The United Kingdom Defendants Hanson PLC, Hanson Building Materials, Ltd., and Hanson Holdings Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction [61-1] is **GRANTED**; and

(2) The plaintiffs' claims in *Ellis* and *Beck* against Defendants Hanson PLC, Hanson Building Materials, Ltd., and Hanson Holdings Ltd. are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(2).

**SO ORDERED** this the 21st day of August, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE